APRIL 14, 1941

**No. 5226.**——*United States* v. *Machado & Co.* Entered at New York. Reap. Dec. 5131. Motion by appellee.